In the Matter of the Application of the BOARD OF SUPERVISORS OF WARREN COUNTY, Appellant, to Secure Rights of Way for Hague-Ticonderoga County Highway.

GEORGE O. COOK et al., Respondents.

(Argued February 25, 1935; decided March 12, 1935.)

*Beecher S. Clother* for appellant.

*Francis A. Wickes* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN, J.